# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

HEATHER ANN NADIA BOWMAN,

    Plaintiff,

v.                                                         Case No: 5:17-cv-580-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

## ORDER

THIS CAUSE concerns Plaintiff Heather Ann Nadia Bowman's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Disability Insurance Benefits after proceedings before an Administrative Law Judge ("ALJ").[1] On February 11, 2019, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 27), to which Plaintiff filed objections (Doc. 28), and Defendant filed a response (Doc. 29).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation (Doc. 27) to which Plaintiff objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 10.)

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 27) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly, **TERMINATE** all pending motions, and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this _26_ day of March, 2019.

_____
**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record